NUMBER 13-11-00037-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

J AND C ADVENTURES,
INC. DBA 

ALL SEASONS POOLS,
SPAS, PATIOS,                                 Appellant,

 

                                                             v.

 

TODD AND ANN FLETCHER,                                                     Appellees.


____________________________________________________________

 

                            On
appeal from the 38th District Court 

                                     of
Jefferson County, Texas.

____________________________________________________________

 

                            MEMORANDUM OPINION

 

 Before Chief
Justice Valdez and Justices Rodriguez and Benavides

Memorandum Opinion
Per Curiam

 








Appellant,
J and C Adventures, Inc. dba All Seasons Pools, Spas, Patios, filed an appeal
from a judgment rendered against it in favor of appellees, Todd Fletcher and
Ann Fletcher.  On February 11, 2011, the Clerk of this Court notified appellant
that the clerk's record in the above cause was originally due on February 3,
2011, and that the deputy district clerk, Lolita Ramos, had notified this Court
that appellant failed to make arrangements for payment of the clerk's record. 
The Clerk of this Court notified appellant of this defect so that steps could
be taken to correct the defect, if it could be done.  See Tex. R. App. P. 37.3, 42.3(b),(c). 
Appellant was advised that, if the defect was not corrected within ten days
from the date of receipt of this notice, the appeal would be dismissed for want
of prosecution.  

Appellant
has failed to respond to this Court=s notice.  Accordingly, the appeal is
DISMISSED FOR WANT OF PROSECUTION.  See Tex. R. App. P. 42.3(b), (c).        

 

PER CURIAM

 

Delivered and filed the

26th day of May, 2011.